## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LYNETTE MORGAN**                                                                        **PLAINTIFF**

**v.**                           **Case No. 4:13-cv-00501-KGB**

**PROFESSIONAL CLINICAL**
**LABORATORY, INC.**                                                                      **DEFENDANT**

### ORDER

On July 2, 2014, the Court entered an Order giving notice to plaintiff Lynette Morgan that the Court would dismiss this action unless proof of service was filed on or before August 1, 2014, or Ms. Morgan established good cause for failure to serve summons and complaint on the defendant Professional Clinical Laboratory, Inc., within 120 days after filing the complaint. Ms. Morgan has not filed proof of service or made any other filing of record since the Court entered that Order. Therefore, Ms. Morgan's complaint is dismissed without prejudice.

SO ORDERED this 4th day of August, 2014

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE