IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LYNETTE MORGAN**                                                                  **PLAINTIFF**

v.                          Case No. 4:13-cv-00501-KGB

**PROFESSIONAL CLINICAL
LABORATORY, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this mater on this date, it is considered, ordered, and adjudged that that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ORDERED this 4th day of August, 2014

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE